# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 16, 2022

**VIA ECF & EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**APPLICATION GRANTED**

Hon. Paul E. Davison, U.S.M.J.
9/16/22

Re:   *United States v. Nicky Victor*, 22-cr-7368 (UA)

Dear Honorable Judge Davison:

I write to respectfully request the Court modify Mr. Victor's release conditions to permit him to meet his bond conditions by close of business Monday, September 19, 2022.

Mr. Victor made an initial appearance on Friday, September 9, 2022, before the Honorable Judith C. McCarthy. Mr. Victor was released on an unsecured bond in the amount of $200,000 co-signed by two financially responsible persons. The Court ordered Mr. Victor released on his own signature and he had one week, until close of business today, to meet those terms. Two co-signors were interviewed, and one has been approved. The second co-signor was interviewed this afternoon and it was requested that she provide additional documentation. However, she is required to be at work at 3:00 p.m. and may not be able to provide that documentation in time. In addition, assuming the second co-signor is approved, the Clerk's office needs sufficient time to swear both co-signors to the bond. Therefore, Mr. Victor respectfully requests until close of business on Monday tomorrow to meet the terms of the bond.

The government, through Assistant United States Attorney Ryan Allison, does not object to this request. Therefore, Mr. Victor respectfully requests that the Court modify his release conditions so that he can satisfy the bond by close of business Monday, September 16, 2022.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc:   Ryan Allison, AUSA